JAMES J. O'BRIEN, Respondent, *v.* WALTER B. LASHAR, Appellant, Impleaded with Others.

JAMES J. O'BRIEN, Respondent, *v.* WALTER B. LASHAR, Appellant, Impleaded with Another.

*Practice — process — summons subscribed by plaintiff in person, he not being an attorney at law, valid.*

*O'Brien* v. *Lashar* (2 cases), 206 App. Div. 623, affirmed.

(Argued June 1, 1923; decided July 13, 1923.)

APPEAL, in each of the above-entitled actions, by permission, from an order of the Appellate Division of the Supreme Court, in the second judicial department, entered May 1, 1923 which affirmed an order of Special Term denying a motion to set aside the summons in the above-entitled actions.

The following question was certified in each action: " Is the summons in this action subscribed by the plaintiff in person, he not being an attorney at law, a valid summons? "

*Forrest M. Anderson* and *Charles L. Woody* for appellant. *Judson D. Campbell* for respondent.

Order in each case affirmed with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.